IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE DENT GUYS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>TERRY PITTS and<br>DENT-GUYS, LLC,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 1:20-cv-03822-TWT<br><br>**JURY DEMAND** |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and LR 3.3 NDGa, Defendants Terry Pitts and Dent-Guys, LLC ("Defendants") submit their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.    The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all interested parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of any Defendant:

    (a) Terry Pitts

    (b) Dent-Guys, LLC

2.    The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Shaun T. Sutton.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:

David M. Lilenfeld
Robin L. Gentry
Kennington R. Groff
**LILENFELD PC**
3379 Peachtree Road NE, Suite 980
Atlanta, Georgia  30326

Counsel for Defendants:

Seth K. Trimble
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339

Respectfully submitted this 9th day of November, 2020.

    */s/ Seth K. Trimble*
    Seth K. Trimble
    strimble@taylorenglish.com

Georgia Bar No. 851055
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Phone: (770) 434-6868
Facsimile: (770) 434-7376

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing brief was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1C.

/s/ Seth K. Trimble
Seth K. Trimble
Georgia Bar No. 851055

*Counsel for Defendants*